The People of the State of Illinois, Plaintiff-Appellee, *v.* John Spires, Defendant-Appellant.

(No. 12614; )

Fourth District—May 22, 1975.

Opinion by Mr. JUSTICE GREEN.

John F. McNichols and John L. Swartz, both of State Appellate Defender's Office, of Springfield, for appellant.

John G. Satter, State's Attorney, of Pontiac (John W. Foltz, of Illinois State's Attorneys Association, of counsel), for the People.